MADE JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___JG___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN TILZER, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> URBAN OUTFITTERS, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV07-106 GW (FMOx) <br><br> [~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

It is Ordered and Adjudged that Plaintiff JORDAN TILZER recover $1,000 from Defendant URBAN OUTFITTERS, INC. Pursuant to 28 U.S.C. 1961, interest shall accrue thereon at the rate of 1.44% per annum.

Dated at Los Angeles, California, this 14th day of November, 2008

_____
Hon. George Wu
United States District Judge

1

JUDGMENT